1  Monica Perales
   Attorney at Law: 297739
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Murietta Anna Gutierrez
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 | MURIETTA ANNA GUTIERREZ,    ) Case No.: 5:21-cv-00103-PD
                                 )
12 |                             ) ORDER OF DISMISSAL
              Plaintiff,         )
13 |                             )
          vs.                    )
14 |                             )
                                 )
15 | KILOLO KIJAKAZI,            )
   Acting Commissioner of Social )
16 | Security,                   )
                                 )
17 |                             )
              Defendant.         )
18

19
        The above captioned matter is dismissed with prejudice, each party to bear
20
   its own fees, costs, and expenses.
21
        IT IS SO ORDERED.
22
   DATE:     August 17, 2021            *Patricia Donahue*
23
                                        _____
24                                      THE HONORABLE PATRICIA DONAHUE
                                        UNITED STATES MAGISTRATE JUDGE
25

26

-1-

| | |
|---|---|
| DATE: August 9, 2021 | Respectfully submitted, |
| | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | BY: /s/ *Monica Perales* |
| | Monica Perales |
| | Attorney for plaintiff Murietta Anna Gutierrez |

-2-